UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, et al., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 4:05CV1598 CDP |
| ANHEUSER-BUSCH, INC., | ) ) ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

I previously granted summary judgment to defendant Anheuser-Busch, Inc. and entered judgment in A-B's favor. A-B has now filed a bill of costs seeking $2638.11 under 28 U.S.C. § 1920. Plaintiff EEOC has filed a response to this motion, requesting that ths court assess the total costs against the EEOC only because the agency is better able to pay the assessed costs than plaintiff-intervenor Cooper. The EEOC does not object to any of the requested costs.

Accordingly

**IT IS HEREBY ORDERED** that defendant Anheuser-Busch, Inc.'s motion for costs [#45] is granted and the Clerk shall tax allowable costs in the amount of $2638.11 against plaintiff Equal Employment Opportunity Commission only.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 1st day of October, 2007.